U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 28 2013

TONY R. MO____ CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

RUFUS WHITE, JR.            CIVIL ACTION NO. 5:13-cv-0971
   LA. DOC #322954
VS.                                SECTION P

                                     JUDGE TOM STAGG

WARDEN BURL CAIN         MAGISTRATE JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* (28 U.S.C. §2254) be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27th day of June, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE